ADELAIDE G. SUTPHEN, as Executrix, etc., v. MARY MOREY and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HARRY BERMAN v. BISJO REALTY CORPORATION.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of STREAT COAL CO., INC., against FISHEL WUNSCH.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SAMUEL DROSHNICOP v. SINDICATO ORIENTALE DI COMMERCIO and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

IDA BENSON v. IDA FEINSTEIN.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SOLOMON SCHWARTZ v. MARJOLET, INC.— Motion granted on condition that appeal be promptly prosecuted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ALFRED W. WADE and Others v. FRANCIS L. KOHLMAN, Individually and as Trustee, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ALFRED W. WADE and Others v. FRANCIS L. KOHLMAN, Individually and as Trustee, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ADOLPH KAEMPFER v. TOMPKINS-KIEL MARBLE CO., INC.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LOUIS AMOLS v. MAX BERNSTEIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ELSIE H. DEFESTETICS, as Administratrix, etc.— Motion granted, and time of appellant to serve and file the record on appeal extended to and including February 15, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of AUGUSTA PAIGE FOWLER, in the Matter of STRANG AVENUE.— Reference ordered to Hon. Leonard A. Giegerich, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of JAMES O. TRYON, an Attorney.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FRANK C. TITUS v. NEVILLE J. BOOKER and Others.— The motions to withdraw answers having been granted, this motion to dismiss appeal is denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.